UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN BROWN, : | |
|     Petitioner, : | |
| : | |
| v. : | No. 18-2790 |
| : | |
| BARRY SMITH, the ATTORNEY GENERAL OF : | |
| THE STATE OF PENNSYLVANIA, and the : | |
| DISTRICT ATTORNEY'S OFFICE OF : | |
| PHIALDELPHIA COUNTY : | |
|     Respondents. : | |

# **O R D E R**

**AND NOW**, this 1th day of October, 2019, after de novo review of Petitioner Kevin Brown's petition for writ of habeas corpus, ECF No. 1; the Report and Recommendation ("R&R") of Magistrate Judge Thomas J. Reuter, ECF No. 12; Brown's objections to the R&R, ECF No. 15, ECF No. 16, and Brown's Motion Requesting a Stay of Abeyance to Satisfy the Exhaustion Requirements, and for the reasons set forth in the Opinion dated September 20, 2019, **IT IS HEREBY ORDERED THAT**:

    1.    The Report and Recommendation, ECF No. 12, is **APPROVED and ADOPTED**;

    2.    The objections, ECF No. 15,[1] ECF No. 16, to the Report and Recommendation are **OVERRULED**;

    3.    Brown's Motion Requesting a Stay of Abeyance to Satisfy the Exhaustion Requirements, ECF No. 17, is **DENIED**;

---

[1]     In the interests of justice, this Court considered Brown's late traverse, ECF No. 15, as objections, as well as his untimely objections.

4. The petition for writ of habeas corpus, ECF No. 1, is **DENIED and DISMISSED with prejudice**;

5. There is no basis for the issuance of a certificate of appealability; and

6. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge